

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       In re Mother Doe and Father Doe, Individually and as Next Friends of John Doe and Jane Doe

Appellate case number:    01-15-00112-CV

Trial court case number:    1045092

Trial court:           County Civil Court at Law No. 2 of Harris County

Date motion filed:      May 1, 2015

Party filing motion:     Relators

The en banc court has unanimously voted to deny relators' motion for reconsideration en banc. It is ordered that the motion is **denied**.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                     Acting for the En Banc Court*

Date: May 28, 2015

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.